# MEMORANDUM DECISIONS

ADAMS v. ADAMS et al. (Circuit Court of Appeals, Fifth Circuit. October 30, 1912.) No. 2,394. Appeal from the District Court of the United States for the Southern District of Georgia; Wm. B. Sheppard, Judge. J. N. Talley, Alexander Akerman, and Charles Akerman, all of Macon, Ga., for appellant. Henry C. Cunningham, of Savannah, Ga., Robert L. Berner, of Macon, Ga., and Arthur G. Powell, of Atlanta, Ga., for appellees. Before PARDEE and SHELBY, Circuit Judges, and MEEK, District Judge.

PER CURIAM. The administratrix appellee cannot be controlled as to the forum in which she should prosecute her suit for damages. In the event she recovers judgment, the appellants here can then assert and protect any rights she may have in regard to distribution and proceeds of the judgment recovered. Affirmed.

---

COPELAND et al. v. STAPLES et al. (Circuit Court of Appeals, Second Circuit. November 11, 1912.) No. 45. Appeal from the Circuit Court of the United States for the District of Connecticut; James P. Platt, Judge. This cause comes here upon appeal from a decree dismissing a bill in equity Complainant Grace Fones Copeland on August 14, 1908, executed a conveyance of personal property, which had come to her from her father's estate, to Staples, as trustee, for certain purposes therein set forth; the object of the conveyance being to safeguard the property for herself and her daughter, and prevent her husband, who had deserted her and was living with another woman, from pressing any claim to such property, or any part of it, in the event of her death. This suit was brought to set aside the conveyance, or, in the alternative, for reformation thereof by inserting a clause of revocation. The opinion of the Circuit Court is found in 189 Fed. 256. Alva Collins, of New York City (Gilbert E. Roe, of New York City, and Ormond Rambo, of Philadelphia, Pa., of counsel), for appellants. J. S. Pullman, of Bridgeport, Conn., for appellees. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. We fully concur with Judge Platt's reasoning and conclusion, and think it unnecessary to add anything to his clear discussion of the facts and law of the case. The decree is affirmed, with costs.

---

DALE et al. v. PATTISON. (Circuit Court of Appeals, Sixth Circuit. July 16, 1912.) No. 2,340. Appeal from and Petition for Revision in Bankruptcy in the Circuit Court of the United States for the Southern District of Ohio. See, also, 196 Fed. 5. Matthews, James & Matthews, of Dayton, Ohio, for appellants. Healy, Ferris & McAvoy and Robertson & Buchwalter, all of Cincinnati. Ohio, for respondent.

PER CURIAM. Decision affirmed.